

# Fourth Court of Appeals
## San Antonio, Texas

December 6, 2023

No. 04-23-00921-CV

**IN RE** Maryvel **SUDAY**, Relator

Original Proceeding[1]

**ORDER**

On October 16, 2023, relator filed a petition for writ of mandamus. On October 23, 2023, the real party in interest filed a response. On October 24, 2023, relator filed a "Motion for Emergency Relief Pending a Ruling on Petition for Writ of Mandamus." Relator then filed a "First Supplement" to the motion for emergency relief. After considering the petition, the response, and all exhibits attached thereto, this court concludes relator has not shown herself to be entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). Furthermore, relator's motion for emergency relief is denied.

It is so **ORDERED** on December 6, 2023.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of December, 2023.

Michael A. Cruz, Clerk of Court

---

[1]This proceeding arises out of Cause No. 3625CCL, styled *Jesus L. Suday v. Olga Tamez de Suday*, pending in the County Court, Val Verde County, Texas, the Honorable Stephen B. Ables presiding.